JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FERNANDO LIZARRAGA HERNANDEZ, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 5:24-cv-01964-CVD (SHKx)<br><br>**ORDER OF DISMISSAL** |

On September 24, 2025, the parties filed a stipulation to voluntarily dismiss the case ("Stipulation"). Doc. # 26. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATE: _____10/7/25_____        By: _*Cynthia Valenzuela*_
                                   HON. CYNTHIA VALENZUELA
                                   UNITED STATES DISTRICT JUDGE